JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD E. WHITE, | ) | No. CV 12-9092 JGB (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| R. J. RACKLEY, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is dismissed with prejudice.

DATED:   9/26/13

JESUS G. BERNAL
United States District Judge